UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>TIESHA SIMS<br><br><br><br><br><br><br>        Defendant | ) CRIMINAL NO.A-05-CR- _MCW_<br>)<br>) **I N D I C T M E N T**<br>)<br>) **A05 CR 056 LY**<br>)<br>) [Vio: 21 USC 846 - Conspiracy<br>) to possess with intent to<br>) distribute a controlled substance;<br>) 21 USC 841(a)(1) - Distribution<br>) of a controlled substance.]<br>)<br>) USAO # 2005R01548 |

THE GRAND JURY CHARGES:

### Count One
### [21 U.S.C. § 846]

Beginning in or about March, 2005 and continuing until on or about March 7, 2005, in the Western District of Texas, the Defendants,

TIESHA SIMS

knowingly, intentionally and unlawfully combined, conspired, con-federated, and agreed with others known and unknown to possess with intent to distribute controlled substances, which offense involved more than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, contrary to Title 21, United State s Code, Sections 841(a)(1), 841(b)(1)(B), and all in violation of Title 21, United States Code, Section 846.

7

## Count Two
### [21 U.S.C. § 841(a)(1)]

On or about March 7, 2005, in the Western District of Texas, the Defendant,

TIESHA SIMS,

did knowingly, intentionally and unlawfully possessed with intent to distribute a controlled substance, which offense involved more than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL:

_____
FOREMAN

JOHNNY SUTTON
UNITED STATES ATTORNEY

_____
MARK H. MARSHALL
Assistant U.S. Attorney